UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE RICHARDSON,<br><br>Plaintiff(s),<br><br>v.<br><br>LOCKHEED MARTIN SPACE SYSTEMS, CO., MISSILES & SPACE DIVISION, GREG LOUIS, and DOES 1-10.<br>Defendant(s). | No. C V-08-2441 EMC<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: June 19, 2008            Signature _[signature]_
                                Counsel for  DEFENDANTS
                                (Plaintiff, Defendant, or indicate "pro se")