IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE RICHARDSON, | No. C 08-02441 CRB |
| Plaintiff, | **Clerk's Notice** |
| v. | |
| LOCKHEED MARTIN, | |
| Defendant. | |

YOU ARE NOTIFIED THAT the Court has scheduled the initial case management conference for August 22, 2008 at 8:30 a.m. before the Honorable Charles R. Breyer. The initial case management schedule shall remain the same.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated:   July 25, 2008                                                    FOR THE COURT,

                                                                                              Richard W. Wieking, Clerk
                                                                                              By: _____
                                                                                                    Barbara Espinoza
                                                                                                    Courtroom Deputy