IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIE RICHARDSON,                                                                No. C 08-02441 CRB

    Plaintiff,                                                                              **Clerk's Notice**

  v.

LOCKHEED MARTIN,

    Defendant.
_____/

YOU ARE NOTIFIED THAT the Court has rescheduled the initial case management conference for Thursday, August 21, 2008 at 8:30 a.m. before the Honorable Charles R. Breyer.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: August 5, 2008                                                        FOR THE COURT,

                                                                                                Richard W. Wieking, Clerk

                                                                                                By: _____
                                                                                                 Barbara Espinoza
                                                                                                 Courtroom Deputy