1  LINDBERGH PORTER, Bar No. 100091
   MARY D. WALSH, Bar No. 197039
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street
   20th Floor
4  San Francisco, CA  94108.2693
   Telephone:   415.433.1940
5  Facsimile:   415.399.8490
   Email:  lporter@littler.com; mdwalsh@littler.com
6
   Attorneys for Defendants
7  LOCKHEED MARTIN CORPORATION AND
   GREG LOUIS
8
   WAUKEEN McCOY, Bar No. 168228
9  LAW OFFICES OF WAUKEEN MCCOY
   A Professional Corporation
10 703 Market Street, Suite 1407
   San Francisco, California 94111
11 Telephone:   415-675-7705
   Facsimile:   415-675-2530
12 Email:  mccoylawsf@yahoo.com

13 Attorneys for Plaintiff
   WILLIE RICHARDSON
14

15                  UNITED STATES DISTRICT COURT

16                  NORTHERN DISTRICT OF CALIFORNIA

17 | WILLIE RICHARDSON,                      | Case No.  CV 08 2441 EMC
18 |              Plaintiff,                 | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**
19 |    v.                                   |
20 | LOCKHEED MARTIN SPACE SYSTEMS CO., MISSILES & SPACE
21 | DIVISION a Corporation, GREG LOUIS an individual, and DOES 1-10,
22 |
23 |              Defendant.                 |

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE CASE MANAGEMENT
STATEMENT (NO. CV 08 2441 EMC)

    Defendant just received the Clerk's Notice dated August 5, 2008 rescheduling the Case Management Conference in this action to August 21, 2008.

    Due to the Defendant's counsel's unavailability on August 21, 2008, the parties hereby stipulate to continue the Case Management Conference to September 12, 2008 at 8:30 a.m. before the Honorable Charles R. Breyer in Courtroom 8 of the U.S. District Court, 450 Golden Gate Avenue, 16th Floor, San Francisco, California.

Dated: August 6, 2008

                   /s/ Mary D. Walsh
                   LINDBERGH PORTER
                   MARY D. WALSH
                   LITTLER MENDELSON
                   A Professional Corporation
                   Attorneys for Defendant
                   LOCKHEED MARTIN CORPORATION
                   AND GREGORY LOUIS

Dated: August 6, 2008

                   /s/ Waukeen McCoy
                   WAUKEEN McCOY
                   LAW OFFICES OF WAUKEEN MCCOY
                   A Professional Corporation
                   Attorneys for Plaintiff
                   WILLIE RICHARDSON

**IT IS SO ORDERED.**

Dated: _____      _____
                              JUDGE CHARLES R. BREYER

Firmwide:86142600.1 051770.1007

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE CASE MANAGEMENT    2.
STATEMENT (NO. CV 08 2441 EMC)