| | |
|---|---|
| 1 | LINDBERGH PORTER, Bar No. 100091 |
| | MARY D. WALSH, Bar No. 197039 |
| 2 | LITTLER MENDELSON |
| | A Professional Corporation |
| 3 | 650 California Street |
| | 20th Floor |
| 4 | San Francisco, CA 94108.2693 |
| | Telephone: 415.433.1940 |
| 5 | |
| | Attorneys for Defendant |
| 6 | LOCKHEED MARTIN CORPORATION AND |
| | GREG LOUIS |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE RICHARDSON, an individual; | Case No. CV 08 2441 EMC |
| Plaintiff, | **ADR CERTIFICATION BY PARTIES AND COUNSEL** |
| v. | |
| LOCKHEED MARTIN SPACE SYSTEMS CO., MISSILES & SPACE DIVISION a Corporation, GREG LOUIS an individual, and DOES 1-10, | |
| Defendants. | |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

ADR CERTIFICATION BY PARTIES AND COUNSEL                                          (No. CV 08 2441 EMC)

1   Dated: August 19, 2008            LOCKHEED MARTIN CORPORATION

2

3                                     BY: [signature]
                                      Assistant General Counsel
4                                     M. Space Systems Company

5

6   Dated: August 21, 2008

7

8                                     [signature]
                                      MARY D. WALSH
9                                     LITTLER MENDELSON
                                      A Professional Corporation
10                                    Attorneys for Defendant
                                      LOCKHEED MARTIN CORPORATION
11                                    AND GREG LOUIS

12  Firmwide:86181342.1 051770.1007

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

ADR CERTIFICATION BY PARTIES AND COUNSEL          2.          (No. CV 08 2441 EMC)