UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WILLIE RICHARDSON,
          Plaintiff(s),

v.

LOCKHEED MARTIN SPACE
SYSTEMS CO., MISSILES &
SPACE DIVISION, a Corporation,
GREG LOUIS an individual, and
DOES 1-10,
          Defendant(s).
_____/

CASE NO. CV 08 2441 EMC

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

      Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐ Non-binding Arbitration (ADR L.R. 4)
☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)
☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☒ Private ADR *(please identify process and provider)* The parties have agreed to private mediation and are in the process of selecting a mediator.

The parties agree to hold the ADR session by:
☒ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☐ other requested deadline _____

American LegalNet, Inc.
www.USCourtForms.com

Dated: August ___, 2008

_____
Attorney for Plaintiff
WAUKEEN McCOY
LAW OFFICES OF WAUKEEN McCOY
A Professional Corporation
Attorneys for Plaintiff
WILLIE RICHARDSON

Dated: August 21, 2008

_____
Attorney for Defendant
MARY D. WALSH
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
LOCKHEED MARTIN CORPORATION
AND GREGORY LOUIS

American LegalNet, Inc.
www.USCourtForms.com

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☐ Mediation
- ☒ Private ADR

Deadline for ADR session
- ☒ 90 days from the date of this order.
- ☐ other _____

IT IS SO ORDERED.

Dated: _____

_____
UNITED STATES DISTRICT COURT
JUDGE
CHARLES R. BREYER

American LegalNet, Inc.
www.USCourtForms.com