1  LINDBERGH PORTER, Bar No. 100091
   MARY D. WALSH, Bar No. 197039
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street
   20th Floor
4  San Francisco, CA  94108.2693
   Telephone:    415.433.1940
5
   Attorneys for Defendant
6  LOCKHEED MARTIN CORPORATION AND
   GREG LOUIS
7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10  WILLIE RICHARDSON, an individual;     Case No.  CV 08 2441 EMC

11              Plaintiff,                **CERTIFICATION AND NOTICE OF
                                          INTERESTED PARTIES**
12      v.
                                          **(LOCAL RULE 3-16)**
13  LOCKHEED MARTIN SPACE
    SYSTEMS CO., MISSILES & SPACE
14  DIVISION a Corporation, GREG LOUIS
    an individual, and DOES 1-10,
15
              Defendants.
16

17          Pursuant to Civil L.R. 3-16, the undersigned, counsel of record for LOCKHEED

18  MARTIN CORPORATION, certifies that the following listed persons, associations of persons,

19  firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial

20  interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-

21  financial interest in that subject matter or in a party that could be substantially affected by the

22  outcome of this proceeding:  State Street Bank and Trust Co. (ownership of stock).

23

24  Dated: September 5, 2008

25                                        MARY D. WALSH
                                          LITTLER MENDELSON
26                                        A Professional Corporation
                                          Attorneys for Defendant
27                                        LOCKHEED MARTIN CORPORATION
                                          AND GREG LOUIS
28  Firmwide:86109107.1 051770.1007

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

CERTIFICATION AND NOTICE OF
INTERESTED PARTIES                                    (No.  CV 08 2441 EMC)