1  LINDBERGH PORTER, Bar No. 100091
   MARY D. WALSH, Bar No. 197039
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street
   20th Floor
4  San Francisco, CA 94108.2693
   Telephone:  415.433.1940
5  Facsimile:   415.399.8490
   Email: lporter@littler.com; mdwalsh@littler.com
6
   Attorneys for Defendants
7  LOCKHEED MARTIN CORPORATION AND
   GREG LOUIS
8
   WAUKEEN McCOY, Bar No. 168228
9  LAW OFFICES OF WAUKEEN MCCOY
   A Professional Corporation
10 703 Market Street, Suite 1407
   San Francisco, California 94111
11 Telephone:  415-675-7705
   Facsimile:   415-675-2530
12 Email: mccoylawsf@yahoo.com

13 Attorneys for Plaintiff
   WILLIE RICHARDSON
14

15                UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17 WILLIE RICHARDSON,              Case No. CV 08 2441 ~~EMC~~ CRB

18              Plaintiff,          **STIPULATION AND ~~[PROPOSED]~~**
                                    **ORDER TO CONTINUE CASE**
19     v.                           **MANAGEMENT CONFERENCE**

20 LOCKHEED MARTIN SPACE
   SYSTEMS CO., MISSILES & SPACE
21 DIVISION a Corporation, GREG LOUIS
   an individual, and DOES 1-10,
22
                Defendant.
23

24
25
26
27
28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE CASE MANAGEMENT
STATEMENT (NO. CV 08 2441 EMC)

As set forth more fully in the Case Management Conference Statements filed by Defendants and Plaintiff, the parties have agreed to private mediation with JAMS on October 7, 2008. In the interest of judicial economy, the parties request that the Court continue the Case Management Conference until after the parties have the opportunity to complete mediation.

Accordingly, the parties stipulate to continue the Case Management Conference to October 10, 2008 at 8:30 a.m. before the Honorable Charles R. Breyer in Courtroom 8 of the U.S. District Court, 450 Golden Gate Avenue, 16th Floor, San Francisco, California.

Dated: September 11, 2008

_____
LINDBERGH PORTER
MARY D. WALSH
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
LOCKHEED MARTIN CORPORATION
AND GREGORY LOUIS

Dated: September 11, 2008

_____
WAUKEEN McCOY
LAW OFFICES OF WAUKEEN MCCOY
A Professional Corporation
Attorneys for Plaintiff
WILLIE RICHARDSON

**IT IS SO ORDERED.**

Dated: September 11, 2008

JUDGE CHARLES R. BREYER

*IT IS SO ORDERED — Judge Charles R. Breyer (United States District Court, Northern District of California seal)*

Firmwide:86615630.1 051770.1007

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE CASE MANAGEMENT                2.
STATEMENT (NO. CV 08 2441 EMC)